IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE SHIFFLER,<br><br>*Plaintiff,*<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 17-3713 |

## ORDER

**AND NOW**, this 20th day of June, 2019, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 13), Defendant's Response (ECF No. 16), Plaintiff's Reply (ECF No. 20) and the Report and Recommendation filed by United States Magistrate David R. Strawbridge (ECF No. 21), and it appearing that neither Plaintiff nor the Commissioner has objected to the Report and Recommendation,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED in part**, and the decision of the Commissioner of Social Security is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Strawbridge's Report and Recommendation.

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Strawbridge's Recommendation.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.